JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-6198-VBF (PLAx)**              Dated: **October 6, 2011**

Title:  Salvador Sufle, et al. -v- Wells Fargo Bank NA

---

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Joseph Remigio | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                          None Present

**PROCEEDINGS (IN CHAMBERS):**     **COURT ORDER RE NOTICE OF DISMISSAL [Docket No. 19]**

The Court has received Plaintiffs' Notice of Dismissal (docket No. 19). No order of the Court is necessary to effectuate this voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, all future dates are taken off calendar and this case is **CLOSED.**

MINUTES FORM 90                          Initials of Deputy Clerk ___jre___
CIVIL - GEN

-1-